# UNITED STATES DISTRICT COURT

**FILED**

2007 DEC 12 PM 12: 13

## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2 8 8 4

UNITED STATES OF AMERICA

vs.

**Tatiana Marcela CARDIEL-Reyes**

)
)
)
)
)
)
)
)
)
)
)
)

Magistrate's Case No.

COMPLAINT FOR VIOLATION OF

21 U.S.C. 952 and 960

Unlawful Importation of a Controlled Substance

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about December 11, 2007, within the Southern District of California, defendant Tatiana Marcela CARDIEL-Reyes did knowingly and intentionally import approximately 19.70 kilograms (43.34 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this ___12th___ day of ___Dec___, 2007.

_____
United States Magistrate Judge

United States of America
        VS.
**Tatiana Marcela CARDIEL-Reyes**

## STATEMENT OF FACTS

On December 11, 2007, at approximately 1320 hours, Tatiana Marcela CARDIEL-Reyes attempted to enter the United States from Mexico at the San Ysidro Port of Entry, San Ysidro, California.    CARDIEL was the driver and sole occupant of a 2007 Chevy Malibu (BAMX/AHU8091).

CARDIEL approached a Customs and Border Protection (CBP) Officer in the primary lane.  CARDIEL appeared nervous and made little eye contact.  CARDIEL presented a Mexican passport and valid U.S. Visa.  CARDIEL stated that she was going shopping.  The primary CBP Officer obtained two negative Customs declarations.  The CBP Officer opened the trunk of the vehicle and observed carpet glued to the side of the tire well and noticed spray paint on his hand. The vehicle was referred to secondary for further inspection.

In the secondary inspection area, a CBP Canine Officer screened the vehicle.  Utilizing a Narcotic/Human Detector Dog, the Canine Officer received a positive alert for narcotics in the trunk of the vehicle.  A CBP Officer performed a 7 point inspection of the vehicle and drilled into the trunk floor.  A white powdery substance, which field tested positive for cocaine, was found on the drill bit when removed.  An x-ray of the vehicle was conducted which confirmed packages in a non-factory compartment in the trunk.  A total of 18 packages containing approximately 19.70 kilograms (43.34 pounds) of a white powdery substance were removed from the non-factory compartment.  CARDIEL was arrested and escorted to the San Ysidro Port of Entry security office.

Agents advised CARDIEL of her Miranda Rights in the Spanish language. CARDIEL acknowledged that she understood her rights and agreed to speak to agents without the presence of counsel. Post Miranda, CARDIEL stated that she met a Mexican male named "Chuy" who offered to pay her $2,000.00 to smuggle drugs across the border. CARDIEL was instructed to take the drug-laden vehicle to the Temecula Shopping Center in Temecula, CA where she would have received further instructions from "Chuy". CARDIEL agreed to do this because she needed money.

CARDIEL was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.