Dec 17 07 09:37a   Paul Blake                    760 943 0299            p.2
2007-12-17 09:31   JBR       6196987519 >>    760 943 0299           P 1/1

1  DAVID BAKER ATTORNEY AT LAW
   RUDOLPH, BAKER & ASSOCIATES
2  419 19TH St. San Diego ca.
   92102
3
4  Attorney for TATIANA MARCELA CARDIEL-REYES
5
6
7              UNITED STATES DISTRICT COURT
8            SOUTHERN DISTRICT OF CALIFORNIA
9           (Hon. Magistrate Barbara Lynn Major)

10  UNITED STATES OF AMERICA,         )   Case No. 07-mj-02884-BLM
                                      )
11         Plaintiff,                 )
                                      )   SUBSTITUTION OF ATTORNEY
12         vs.                        )
                                      )
13  TATIANA MARCELA CARDIEL-REYES     )
                                      )
14         Defendant.                 )

15
16      PLEASE TAKE NOTICE that the above-named defendant hereby substitutes of DAVID BAKER
17  as attorney of record in the above-captioned matter in lieu of Paul Blake.
18
19  Dated: 12/15/07          _Tatiana Marcela Cardiel Reyes_
                              TATIANA MARCELA CARDIEL-REYES
20
21  AGREED TO:
22
23  Dated: 12/17/07          _____/JBR
                              DAVID BAKER
24
25  Dated: 12/17/07          _____
26                            PAUL BLAKE
27
28
                              Page 1