FILED

2007 DEC 21 AM 11: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. :07-MJ-02884-BLM |
|---|---|
| Plaintiff, | **AMENDED DETENTION ORDER** |
| v. | |
| Tatiana Marcela Cardiel-Reyes, | |
| Defendant. | |

    In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), a detention hearing was set for December 14, 2007, to determine whether defendant Tatiana Marcela Cardiel-Reyes ("Defendant") should be held in custody pending trial, on the grounds that Defendant is a flight risk. Assistant U.S. Attorney George V. Manahan appeared on behalf of the United States; attorney Paul W. Blake appeared on behalf of the Defendant.

    At the hearing, Defendant stipulated to an order of detention, waiving the right to require the Government to prove that Defendant is a flight risk. The Court found that Defendant's waiver was competent, knowing and voluntary. Based on Defendant's waiver, a detention hearing was not held. Therefore,

    IT IS HEREBY ORDERED that Defendant be detained pending trial in this matter.

    IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the

1  extent practicable, from persons awaiting or serving sentences or being held in custody pending
2  appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.
3        While in custody, upon order of a court of the United States or upon the request of an
4  attorney for the United States, the person in charge of the correctional facility shall deliver
5  Defendant to the United States Marshal for the purpose of an appearance in connection with a court
6  proceeding or any other appearance stipulated to by defense and government counsel.
7        THIS ORDER IS ENTERED WITHOUT PREJUDICE.
8        IT IS SO ORDERED.
9  DATED: 12/20/07

Hon. Barbara Lynn Major
United States Magistrate Judge

11 Prepared by:

13 s/ George V. Manahan
George V. Manahan
Assistant U.S. Attorney