FILED

JAN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR-0104-JM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| TATIANA MARCELA CARDIEL-REYES, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 11, 2007, within the Southern District of California, defendant TATIANA MARCELA CARDIEL-REYES, did knowingly and intentionally import approximately 19.70 kilograms (43.34 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/10/08.

KAREN P. HEWITT
United States Attorney

*for* J. Pm

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:San Diego
12/18/07