AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

TATIANA MARCELA CARDIEL-REYES

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0104-JM

I, __TATIANA MARCELA CARDIEL-REYES__, the above named defendant, who is accused of committing the following offense:

> Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/10/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

Tatiana Cardiel
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY