ORIGINAL

1 David Baker (SBN# 153455)
2 419 19th Street
  San Diego, California 92102
3 Telephone:(619)743-0121

4 Attorney for Defendant
  TATIANA CARDIEL-REYES



FILED
JUN - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 08-CR-00104 |
| Plaintiff, | |
| vs. | NOTICE OF LODGEMENT OF LETTERS IN SUPPORT |
| TATIANA CARDIEL REYES, | |
| Defendant | Date: |
| | Time:  **PAST DUE** |
| | Dept: |

TO THE ABOVE-ENTITLED COURT, KAREN P. HEWITT THE UNITED STATES ATTORNEY; CHARLOTTE KAISER, ASSISTANT UNITED STATES ATTORNEY; THE DEFENDANT TATIANA CARDIEL, by and through her counsel, DAVID BAKER, hereby file the following lodgement of letters.

Attached are the exhibits referenced in the above captioned matter.

Date: 6/3/08

Respectfully submitted,

DAVID BAKER
Attorney for defendant
TATIANA CARDIEL REYES

Notice of Lodgementf - 1

STATE GOVERNMENT OF MICHOACAN DE OCAMPO
GENERAL ATTORNEY OF JUSTICE

CITIZEN: **LETICIA ISABEL VILLAGOMEZ SANCHEZ** DIRECTOR OF EXPERTS SERVICES OF THE GENERAL ATTORNEY OF JUSTICE OF THE STATE **IN CHARGE OF GENERAL FILE**

## CERTIFICATIONS

HAVE DONE A SEARCH ON THE FILE IN THIS OFFICE, WE DID NOT FIND ANY CRIMINAL RECORD ON HER BEHALF:

**TATIANA MARCELA CARDIEL REYES**

WITH THE PHOTO ON THE LEFT SIDE.

IT IS ISSUED THIS CERTIFICATE, IN REQUEST OF THE INTERESTED PARTY TO BE USED FOR LEGAL TERMS TO WHOM IT MY CONCERN IN THE CITY MORELIA, MICHOCAN **THIS JANUARY 30TH OF 2008**



GOBIERNO DEL ESTADO DE MICHOACAN DE OCAMPO
PROCURADURIA GENERAL DE JUSTICIA

**PROCURADURIA GENERAL DE JUSTICIA**

51766

Morelia, Mich.

EL CIUDADANO: **LIC. LETICIA ISABEL VILLAGOMEZ SANCHEZ.**
DIRECTOR DE SERVICIOS PERICIALES DE LA PROCURADURIA GENERAL DE JUSTICIA DEL ESTADO **ENCARGADA DEL ARCHIVO GENERAL**

## CERTIFICA



HABIENDO HECHO UNA MINUCIOSA BUSQUEDA EN LOS ARCHIVOS DE ESTA PROCURADURIA, NO SE ENCONTRO ANTECEDENTE PENAL EN CONTRA DE:

**TATIANA MARCELA CARDIEL REYES**

CUYA FOTOGRAFIA APARECE AL MARGEN IZQUIERDO.

SE EXPIDE EL PRESENTE CERTIFICADO, A SOLICITUD DEL INTERESADO PARA LOS FINES Y USOS LEGALES A QUE QUIERA DESTINARLO, EN LA CIUDAD DE MORELIA, MICHOACAN A LOS **30** DIAS DEL MES DE **Enero del 2008.**

FOLIO: **397533**

$ 22.00

PULGAR

MORELIA, MICHOACAN, MEXICO, 27TH OF MAY 2008

JUDGE JEFFREY MILLER

YOUR HONOR,
ON BEHALF OF THE PRESENT, I RESPECTFULLY DIRECT MYSELF TO YOU, TO ASK YOU TO HUMBLY TAKE CARE OF OUR DAUGHTER TATIANA MARCELA CARDIEL REYES.

OUR DAUGHTER HAS ALWAYS BEEN A GOOD, RESPECTFUL, STUDIOUS, LOVING AND HELFUL DAUHGTER AND SISTER. OUR FAMILY STILL DOES NOT UNDERSTAND WHAT MOTIVE IT WAS THAT LED HER TO COMMIT SUCH A HIDEOUS ERROR. THIS MISTAKE IS WHAT IS KEEPING HER PRISONER AND AWAY FROM US, HER FAMILY THAT LOVES HER, NEEDS HER AND MISSES HER PRESENCE, WE ARE TRULY SUFFERING LIKE HER BY NOT BEING ABLE TO BE TOGETHER.

I ASK OF YOU YOUR HONOR TO GRANT US YOUR GRACE AND FORGIVE OUR DAUGHTER TATIANA AND REDUCE HER PUNISHMENT TO THE LEAST TIME POSSIBLE, SO THAT WE CAN BER WITH HER ONCE AGAIN IN ORDER TO SUPPORT HER IN HER FUTURE AND SO SHE CANT NEVER EVER COMMIT A CRIME AGAIN IN HER ENTIRE LIFE. WE WOULD LOVE TO CONTINUE BEING THE LOVING AND UNITED FAMILY WE ONCE WERE.

THANK YOU YOUR HONOR FOR YOUR COMPREHENSION AND I APPRECIATE ANYTHING YOU CAN AUTHORIZE TO HELP OUR DAUGHTER SUFFER A LITTLE LESS.

SINCERELY,

6 SIGNATURES OF THE FAMILY MEMBERS ON THE PICTURE.

THE CARDIEL-REYES FAMILY

MORELIA, MICHOACAN, MEXICO, A 27 DE MAYO DE 2008.

**C. JUDGE JEFFREY MILLER**
**P R E S E N T E.**

SU SEÑORIA, POR MEDIO DE LA PRESENTE ME DIRIJO RESPETUOSAMENTE A USTED, PARA PEDIRLE HUMILDEMENTE POR **NUESTRA HIJA TATIANA MARCELA CARDIEL REYES.**

**NUESTRA HIJA TATIANA** SIEMPRE A SIDO UNA PERSONA DE BIEN, RESPETUOSA, ESTUDIOSA, TRABAJADORA Y AMOROSA, Y SOBRE TODO UNA **MAGNIFICA HIJA Y HERMANA,** NOSOTROS AUN NO COMPRENDEMOS QUE FUE LO QUE ORILLO A NUESTRA HIJA A COMETER ESA FALTA QUE LA TIENE PRISIONERA Y SOLA LEJOS DE NOSOTROS, DE SU FAMILIA QUE TANTO LA AMA, LA EXTRAÑA Y LA NECESITA, Y QUE ESTAMOS SUFRIENDO IGUAL QUE ELLA POR NO PODER ESTAR JUNTOS.

LE SOLICITO **SU SEÑORIA,** NOS CONCEDA LA GRACIA DE PERDONAR A NUESTRA HIJA **TATIANA** Y REDUCIR SU PENA AL MENOR TIEMPO POSIBLE DE CASTIGO, PARA QUE NUESTRA HIJA PUEDA VOLVER A ESTAR NUEVAMENTE CON SU FAMILIA, PARA PODER AYUDARLA A SALIR ADELANTE EN SU VIDA Y QUE JAMAS PUEDA VOLVER A COMETER NINGUNA FALTA QUE PONGA EN PELIGRO SU LIBERTAD Y SU VIDA, Y QUE PODAMOS VOLVER A SER DE NUEVO UNA FAMILIA UNIDA COMO SIEMPRE HEMOS SIDO.

MUCHAS GRACIAS **SU SEÑORIA** POR SU COMPRENSION Y LE AGRADEZCO DE ANTEMANO LA CONSIDERACION QUE TENGA A BIEN HACIA LA PRESENTE Y HACIA LA FAMILIA DE **TATIANA MARCELA CARDIEL REYES.**

ATENTAMENTE:

José Pablo C.

FAMILIA CARDIEL REYES



Morelia, Michoacan December 19th, 2007

TO WHOM IT MAY CONCERN,

It is my intention through this letter to recommend TATIANA MARCELA CARDIEL REYES, who has shown to be a responsible, ethical, and honorable characterized individual for the past 6 years. This way I am able to permit myself to highly recommend her and without any inconvenience.

Without further a due I await your fine attentions to the above mentioned.

Sincerely,

Signed

Olga Tapia Verduzco
Independent Agent,
Morelia, Michoacan, Mexico
Tel. 01443 3141127
Olgatav70@hotmail.com

MONTERREY INSURANCE          LOGO NEW YORK LIFE
THE COMPANY OF YOUR LIFE.

Morelia, Mich. A 19 de Diciembre de 2007.

**A QUIEN CORRESPONDA**
**P R E S E N T E .-**

Por medio de la presente carta me permito recomendar a la **Sra. TATIANA MARCELA CARDIEL REYES** quien se ha caracterizado durante estos 6 años por ser una persona Responsable, Etica, y Honorable, por lo cual me permito recomendarla ampliamente y sin ningun inconveniente

Sin otro en particular y en espera de sus finas atenciones a la presente, de antemano gracias.

**ATENTAMENTE**

**LIC. OLGA TAPIA VERDUZCO**
**Agente Independiente,**
**Morelia, Michoacán, México**
**Tel. 01443 3141127**
**Olgatav70@hotmail.com**

Seguros Monterrey NEW YORK LIFE

*La Compañía de Tu Vida*

MetLife

Morelia, Michoacan 20th of December 2007

To Whom It May Concern:

This letter is to state that I highly recommend Tatiana Marcela Cardiel-Reyes, whom I have known for more than 10 years. She has proved to demonstrate through her character honesty, and responsibility, which is why I have no inconveniences to recommend her.

Thank you for your attention.

Sincerely,

Signature

Eduardo Bañales Diaz
General Manager (Morelia)
Tel. 01443 3243732
e-mail: eduabd@metlife.com.mx

**MetLife**

Morelia, Mich. A 20 de Diciembre de 2007.-

**A QUIEN CORRESPONDA:**

A través de la presente me permito recomendar ampliamente a la Sra. Tatiana Marcela Cardiel Reyes, persona a la cual tengo más de 10 años de conocerla, tiempo en el cual se ha caracterizado por guiar sus acciones con honestidad y responsabilidad; Por lo cual no tengo ningun inconveniente en recomendarla

Sin otro en particular, gracias por sus atenciones.

**Atentamente**

**LIC EDUARDO BAÑALES DIAZ**
**Gerente General Morelia**
**Tel. 01443 3243732**
**e-mail: eduabd@metlife.com.mx**

CM-1-002

PROYECTTA

CONSULTANTS
Insurance & Bonds

Morelia, Michoacan 21st of December 2007

To Whom It May Concern:

This letter is to state that I highly recommend Tatiana Marcela Cardiel-Reyes, whom I have known for 10 years. During this time she has characterized to be serious, honest, and responsible, which is why I have no inconveniences to highly recommend her.

Thank you for your attention, I am always here for any questions.

Sincerely,

Signature

C.P.A. Graciela Garcia Millan
Administrative Director



**C**ONSULTORIA
*Seguros    Fianzas*

Morelia, Mich. A 21 de Diciembre de 2007.

**A QUIEN CORRESPONDA**
**P R E S E N T E .-**

Por medio de la presente me permito recomendar a la **Sra. TATIANA MARCELA CARDIEL REYES** a quien tengo 10 años de conocerla, tiempo en el cual se ha caracterizado por ser una persona Seria, Honesta y Responsable, por lo que no tengo ningún inconveniente en recomendarla ampliamente

Sin otro en particular y para los fines que al interesado convenga, de antemano gracias por sus atenciones a la presente.

**ATENTAMENTE**

**C.P. GRACIELA GARCIA MILLAN**
**Director Administrativo**

Fernando Montes de Oca N° 197-1
Col. Chapultepec Norte
C.P. 58260   Morelia, Michoacán
Tel.(443) 314 11 27
NexTel: 165 42 74
proyectta_1@yahoo.com.mx

Logo            H. Congress of the State of Michoacan of Ocampo            Logo
                               LXXI LEGISLATURE

Palace of Legislative Power 22nd of February 2008

To Whom It May Concern:

This letter is to state that I highly recommend Tatiana Marcela Cardiel-Reyes, whom I very well know for a few years now. During this time she has characterized to be a serious, honest, and responsible person in all activities she does. Thus is why I have no inconveniences to highly recommend her and hope that all benefits will be provided to her.

At your service and orders.

Sincerely,

Signature

Enrique Garibay Valencia
Head of Department of Public Relations
Of the H. State Congress



**H. CONGRESO DEL ESTADO DE MICHOACÁN DE OCAMPO**
**LXXI LEGISLATURA**



Palacio del Poder Legislativo, 22 de febrero de 2008.

**A QUIEN CORRESPONDA:**
**P R E S E N T E**

Por medio de la presente, me permito recomendar ampliamente a la C. TATIANA MARCELA CARDIEL REYES, persona a la que conozco ampliamente, desde hace varios años, ya que es una persona que se ha conducido con honestidad, seriedad y responsabilidad en todas las actividades que realiza, agradeciendo la atención prestada a la presente y para los intereses que mejor convengan a la interesada.

Se despide de usted, quedando a sus apreciables órdenes.

**ATENTAMENTE**

**LIC. ENRIQUE GARIBAY VALENCIA**
**JEFE DEL DEPARTAMENTO DE RELACIONES PUBLICAS**
**DEL H. CONGRESO DEL ESTADO**

Logo

Judicial Power
Superior Court of Justice
Of the State of Mexico

Playas de Rosarito, B.C. 1st of February 2008

To Whom It May Concern:

This letter is to state that I have personally known Tatiana Marcela Cardiel-Reyes, for approximately 8 years whom I very well know for a few years now. During this time she has characterized to be a working, honest, and responsible person. Thus is why I have no inconveniences to highly recommend her and hope that all benefits will be provided to her.

At your service and orders for any explanations.

Sincerely,

Signature

Judge of First Instance
Of Playas de Rosarito, Baja CA
BY MINISTRY OF LAW

Judge Juan Hurtado Diaz.



Tribunal Superior de Justicia
del Estado

Playas de Rosarito, B. C., a 01 de Febrero del 2008.

**A QUIEN CORRESPONDA:**

Por medio de la presente, manifiesto que conozco a la C. TATIANA MARCELA CARDIEL REYES, desde hace aproximadamente ocho años, tiempo en el cual ha demostrado ser una persona responsable, honrada y trabajadora.

Por lo que no tengo ningún inconveniente en extender la presente, a solicitud del (a) interesado (a), para los fines legales que mas le convenga; sin otro particular por el momento, quedando a sus ordenes para cualquier aclaración.

ATENTAMENTE
C. JUEZ DE PRIMERA INSTANCIA DE
PLAYAS DE ROSARITO, BAJA CALIFORNIA,
POR MINISTERIO DE LEY.

LICENCIADO JUAN HURTADO DIAZ.

JUZGADO MIXTO DE
PRIMERA INSTANCIA
ROSARITO. B.C